THE STATE OF OHIO, APPELLEE, *v.* HUFFMAN, APPELLANT.

[Cite as *State v. Huffman,* 114 Ohio St.3d 433, 2007-Ohio-4553.]

(No. 2006–0799—Submitted August 14, 2007—Decided September 19, 2007.)

{¶ 1} The judgment of the court of appeals is affirmed with respect to the issues presented in Proposition of Law Nos. I and II on the authority of *State v. Tooley,* 114 Ohio St.3d 366, 2007-Ohio-3698, 872 N.E.2d 894.

{¶ 2} As to Proposition of Law No. III, the cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

Joseph T. Deters, Hamilton County Prosecuting Attorney, and James Michael Keeling, Assistant Prosecuting Attorney, for appellee.

Ravert J. Clark, for appellant.